(October 9, 1996)

◼ THE PEOPLE OF THE STATE OF NEW YORK ex rel. MATTHEW J. JEON, on Behalf of YONG IL PAK, Petitioner, v WARDEN, NASSAU COUNTY CORRECTIONAL FACILITY, Respondent. [648 NYS2d 330] —Writ of habeas corpus in the nature of an application to reduce bail upon Nassau County Felony Complaint Nos. 027581 and 027582.

Adjudged that the writ is sustained, without costs or disbursements, to the extent of reducing bail on Nassau County Felony Complaint Nos. 027581 and 027582 to the total sum of $500,000, which may be posted in the form of an insurance company bail bond in that sum or by depositing the same sum as a cash bail alternative. Miller, J. P., Ritter, Copertino and Hart, JJ., concur.